STEPTOE & JOHNSON LLP
Mark A. Neubauer (SBN 73728)
Rebecca Edelson, Esq. (SBN 150464)
2121 Avenue of the Stars, Suite 900
Los Angeles, CA  90067-5052
Telephone:  310-734-3200
Facsimile: 310- 734-3300
Email: mneubauer@steptoe.com
Email: redelson@steptoe.com

Attorneys for Defendant
DEPUY ORTHOPAEDICS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SYNERGY MEDICAL, SYSTEMS, INC. a California corporation, and GLENN PANGILINAN, an individual,<br>         Plaintiffs,<br><br>vs.<br><br>DEPUY ORTHOPEDICS, INC., an Indiana corporation,<br>         Defendant.<br>_____/ | CASE NO.2:06-CV-01393-FDC-PAN(JFM)<br><br>**DEFENDANT'S SUBSTITUTION OF ATTORNEY AND ORDER**<br><br><br>**Judge:  The Hon. Frank C. Damrell, Jr.** |

   Defendant DePuy Orthopaedics, Inc. ("Defendant")(erroneously called "DePuy Orthopedics, Inc." by Plaintiff) hereby applies to the Court for permission to substitute the law firm of Steptoe & Johnson LLP for Alschuler Grossman Stein & Kahan LLP as counsel of record beginning July 1, 2006.  With the Court's approval, beginning July 1, 2006, service of papers for Plaintiff should be as follows:

///

///

1

STEPTOE & JOHNSON LLP
Mark A. Neubauer, Esq.
Rebecca Edelson, Esq.
2121 Avenue of the Stars, Suite 900
Los Angeles, CA  90067-5052
Telephone:  310-734-3200
Facsimile: 310- 734-3300
Email: mneubauer@steptoe.com
Email:  redelson@steptoe.com

instead of:

Alschuler Grossman Stein & Kahan LLP
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA  90404-4060

Steptoe & Johnson LLP has amended Mr. Neubauer and Ms. Edelson's ECF registrations for this case to reflect the change in their law firms as well.

This substitution is approved by Defendant and both sets of law firm as follows:

DATED: July __, 2006          DEPUY ORTHOPAEDICS, INC.
                              (DEFENDANT)


                              By_____
                                MARK PIAZZA
                                Its authorized representative

DATED: July__, 2006           ALSCHULER GROSSMAN STEIN & KAHAN LLP


                              By_____
                                BRUCE A. FRIEDMAN
                                Proposed Prior counsel to Plaintiff
                                DEPUY ORTHOPAEDICS, INC.


DATED: July __, 2006          STEPTOE & JOHNSON LLP
                              MARK A. NEUBAUER
                              REBECCA EDELSON
                              By_____
                                REBECCA EDELSON
                                Proposed New Counsel To Defendant
                                DEPUY ORTHOPAEDICS, INC.

///

**IT IS SO ORDERED.** The following shall be substituted in as Defendant's counsel of record as of July 1, 2006:

STEPTOE & JOHNSON LLP
Mark A. Neubauer, Esq.
Rebecca Edelson, Esq.
2121 Avenue of the Stars, Suite 900
Los Angeles, CA  90067-5052
Telephone:  310-734-3200
Facsimile: 310- 734-3300
Email: mneubauer@steptoe.com
Email: redelson@steptoe.com

and Alschuler Grossman Stein & Kahan LLP shall be substituted out as of that date.

Dated: July 24, 2006                    /s/ Frank C. Damrell Jr.
                                        The Hon. Frank C. Damrell, Jr.
                                        United States District Court Judge