```
STEPTOE & JOHNSON LLP
Mark A. Neubauer (SBN 73728)
Rebecca Edelson, Esq. (SBN 150464)
2121 Avenue of the Stars, Suite 900
Los Angeles, CA  90067-5052
Telephone:  310-734-3200
Facsimile: 310- 734-3300
Email: mneubauer@steptoe.com
Email: redelson@steptoe.com

Attorneys for Defendant
DEPUY ORTHOPAEDICS, INC.
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SYNERGY MEDICAL SYSTEMS, INC., a California corporation, and GLENN PANGILINAN, an individual,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>DEPUY ORTHOPEDICS, INC., an Indiana corporation,<br><br>　　　　　　Defendant. | CASE NO.2:06-CV-01393-FDC-PAN(JFM)<br><br>**STIPULATION REQUESTING EXTENSION OF TIME TO RESPOND TO COMPLAINT  AND ORDER THEREON**<br><br>**Judge:  The Hon. Frank C. Damrell, Jr.**<br><br>**Final Pretrial Conf.:**　　**Not Set**<br><br>**Trial Date:**　　**Not Set** |

　　　　Plaintiffs Synergy Medical Systems, Inc. and Glenn Pangilinan, on the one hand, and defendant DePuy Orthopaedics, Inc. ("Defendant"), on the other hand, stipulate through their respective attorneys of record, subject to the Court's approval, that Defendant's time to respond to the complaint in this action (which is currently July 28, 2006) shall be extended until August 14, 2006 on the ground that the parties are engaged in settlement negotiations, have exchanged draft settlement agreements recently and are hopeful that this matter will settle in the next few weeks.  There has been only one extension of time on Defendant's time to respond to the Complaint (i.e., the parties'

"Stipulation To Extend Time To Respond To Complaint [L.R. 6-144]" filed on June 23, 2006 that extended the time to respond from June 29, 2006 until July 28, 2006).

IT IS SO STIPULATED:

Dated: July 21, 2006          STEPTOE & JOHNSON LLP


By:_____/s/_____
    REBECCA EDELSON
    Attorneys for Defendant
    DEPUY ORTHOPAEDICS, INC.

Dated: July 21, 2006          DOWNEY BRAND LLP


By:_____/s/_____
    TORY E. GRIFFIN
    Attorney for Plaintiffs
    SYNERGY MEDICAL SYSTEMS,
    INC. and GLENN PANGILINAN


ORDER

Good cause having been shown, Defendant's time to respond to the Complaint in this action is extended from July 28, 2006 until August 14, 2006.

Dated: July 24, 2006          /s/ Frank C. Damrell Jr.
                              The Hon. Frank C. Damrell, Jr.
                              United States District Court Judge

132080

132072                              -2-          STIPULATION REQUESTING EXTENSION
                                                            OF TIME