STEPTOE & JOHNSON LLP
Mark A. Neubauer (SBN 73728)
Rebecca Edelson, Esq. (SBN 150464)
2121 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-5052
Telephone: 310-734-3200
Facsimile: 310- 734-3300
Email: mneubauer@steptoe.com
Email: redelson@steptoe.com

Attorneys for Defendant
DEPUY ORTHOPAEDICS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| SYNERGY MEDICAL SYSTEMS, INC., a California corporation, and GLENN PANGILINAN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPUY ORTHOPEDICS, INC., an Indiana corporation,<br><br>Defendant. | CASE NO.2:06-CV-01393-FDC-PAN(JFM)<br><br>**STIPULATION REQUESTING EXTENSION OF TIME TO RESPOND TO COMPLAINT AND ORDER THEREON**<br><br>**Judge: The Hon. Frank C. Damrell, Jr.**<br><br>**Final Pretrial Conf.:      Not Set**<br><br>**Trial Date:                      Not Set** |

Plaintiffs Synergy Medical Systems, Inc. and Glenn Pangilinan, on the one hand, and defendant DePuy Orthopaedics, Inc. ("Defendant"), on the other hand, stipulate through their respective attorneys of record, subject to the Court's approval, that Defendant's time to respond to the complaint in this action (which is currently August 14, 2006) shall be extended until August 28, 2006 on the ground that the parties are engaged in settlement negotiations, have exchanged draft settlement agreements recently and are hopeful that this matter will settle in the next few weeks. There has been two extensions of time on Defendant's time to respond to the Complaint (i.e., the parties' "Stipulation To

132306                                              -1-                STIPULATION REQUESTING EXTENSION
                                                                                             OF TIME

Extend Time To Respond To Complaint [L.R. 6-144]" filed on June 23, 2006 that extended the time to respond from June 29, 2006 until July 28, 2006; and the parties' "Stipulation To Extend Time To Respond To Complaint" entered on July 25, 2006 that extended the time to respond from July 28, 2006 until August 14, 2006).

IT IS SO STIPULATED:

Dated: August 4, 2006            STEPTOE & JOHNSON LLP


By:_____/s/ Rebecca Edelson_____
REBECCA EDELSON
Attorneys for Defendant
DEPUY ORTHOPAEDICS, INC.


Dated: August 4, 2006            DOWNEY BRAND LLP


By:_____/s/ Tory E. Griffin_____
TORY E. GRIFFIN
Attorney for Plaintiffs
SYNERGY MEDICAL SYSTEMS,
INC. and GLENN PANGILINAN

ORDER

Good cause having been shown, Defendant's time to respond to the Complaint in this action is extended from August 14, 2006 until August 28, 2006.

Dated: August 7, 2006            /s/ Frank C. Damrell Jr.
The Hon. Frank C. Damrell, Jr.
United States District Court Judge