|   |   |
|---|---|
| 1 | STEPTOE & JOHNSON LLP |
| 2 | Mark A. Neubauer (SBN 73728)<br>Rebecca Edelson, Esq. (SBN 150464) |
| 3 | 2121 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-5052 |
| 4 | Telephone: 310-734-3200<br>Facsimile: 310- 734-3300 |
| 5 | Email: mneubauer@steptoe.com<br>Email: redelson@steptoe.com |
| 6 | Attorneys for Defendant |
| 7 | DEPUY ORTHOPAEDICS, INC. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SYNERGY MEDICAL SYSTEMS, INC., a California corporation, and GLENN PANGILINAN, an individual,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>DEPUY ORTHOPEDICS, INC., an Indiana corporation,<br><br>　　　　　　Defendant. | CASE NO.2:06-CV-01393-FDC-PAN(JFM)<br><br>**STIPULATION REQUESTING EXTENSION OF TIME TO FILE JOINT STATUS REPORT AND ORDER THEREON**<br><br>**Judge:** The Hon. Frank C. Damrell, Jr.<br><br>**Final Pretrial Conf.:** **Not Set**<br><br>**Trial Date:** **Not Set** |

　　　　Plaintiffs Synergy Medical Systems, Inc. and Glenn Pangilinan, on the one hand, and defendant DePuy Orthopaedics, Inc. ("Defendant"), on the other hand, stipulate through their respective attorneys of record, subject to the Court's approval, that the parties' time to file their joint status report (which is currently August 21, 2006 pursuant to the Court's June 22, 2006 Order Requiring Joint Status Report) shall be extended until September 5, 2006 on the grounds that the parties remain engaged in settlement

132580　　　　　　　　　　-1-　　　　STIPULATION REQUESTING EXTENSION
　　　　　　　　　　　　　　　　　　　　OF TIME TO FILE JOINT STATUS REPORT
　　　　　　　　　　　　　　　　　　　　AND ORDER THEREON

negotiations, have exchanged draft settlement agreements recently and are hopeful that this matter will settle in the next few weeks and, on that basis, the Court has extended Defendant's time to respond to the Complaint until August 28, 2006 pursuant to its August 8, 2006 order).

IT IS SO STIPULATED:

Dated: August 21, 2006           STEPTOE & JOHNSON LLP


                                 By:      /s/ Rebecca Edelson
                                     REBECCA EDELSON
                                     Attorneys for Defendant
                                     DEPUY ORTHOPAEDICS, INC.

Dated: August 21, 2006           DOWNEY BRAND LLP


                                 By:      /s/ Tory E. Griffin
                                     TORY E. GRIFFIN
                                     Attorney for Plaintiffs
                                     SYNERGY MEDICAL SYSTEMS,
                                     INC. and GLENN PANGILINAN

ORDER

Good cause having been shown, the parties' time to file their joint status report is extended from August 21, 2006 until September 5, 2006.

Dated: August 21, 2006            /s/ Frank C. Damrell Jr.
                                  The Hon. Frank C. Damrell, Jr.
                                  United States District Court Judge