STEPTOE & JOHNSON LLP
Mark A. Neubauer (SBN 73728)
Rebecca Edelson, Esq. (SBN 150464)
2121 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-5052
Telephone: 310-734-3200
Facsimile: 310- 734-3300
Email: mneubauer@steptoe.com
Email: redelson@steptoe.com

Attorneys for Defendant
DEPUY ORTHOPAEDICS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SYNERGY MEDICAL SYSTEMS, INC., a California corporation, and GLENN PANGILINAN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPUY ORTHOPEDICS, INC., an Indiana corporation,<br><br>Defendant. | CASE NO. 2:06-CV-01393-FDC-PAN(JFM)<br><br>**STIPULATION REQUESTING EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT AND JOINT STATUS REPORT AND ORDER THEREON**<br><br>**Judge: The Hon. Frank C. Damrell, Jr.**<br><br>**Final Pretrial Conf.:** Not Set<br><br>**Trial Date:** Not Set |

Plaintiffs Synergy Medical Systems, Inc. and Glenn Pangilinan, on the one hand, and defendant DePuy Orthopaedics, Inc. ("Defendant"), on the other hand, stipulate through their respective attorneys of record, subject to the Court's approval, that Defendant's time to file its response to the Complaint (which is currently August 28, 2006 pursuant to the Court's August 8, 2006 Order) shall be extended until September 11, 2006 and that the parties' time to file their joint status report (which is currently September 5, 2006 pursuant to the Court's August 21, 2006 Order) shall be extended until

September 18, 2006. This stipulation is made on the grounds that the parties remain engaged in settlement negotiations, which have progressed over the last few weeks. Until recently, those negotiations only involved the parties to this action, but recent events have necessitated the involvement of third parties. The parties to this action have agreed on language of a proposed settlement agreement (although the parties reserve the right to make further changes such as in response to changes proposed by the third parties), and such proposed settlement agreement is currently being reviewed by legal counsel for the above-mentioned third parties. The late addition of third parties into the negotiations has caused the settlement process to take longer than anticipated originally, but the parties hope to reach a settlement of this matter in the next week. There have been three previous extensions of time on the time to respond to the Complaint and one on the time to file the joint report.

IT IS SO STIPULATED:

Dated: August 28, 2006                    STEPTOE & JOHNSON LLP

                                                By:        /s/    Rebecca Edelson
                                                  REBECCA EDELSON
                                             Attorney for Defendant
                                             DEPUY ORTHOPAEDICS, INC.

Dated: August 28, 2006                    DOWNEY BRAND LLP

                                                By:   /s/    Tory E. Griffin
                                                  TORY E. GRIFFIN
                                             Attorney for Plaintiffs
                                             SYNERGY MEDICAL SYSTEMS, INC. and
                                             GLENN PANGILINAN

132569                    -2-    STIPULATION REQUESTING EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT AND JOINT STATUS REPORT AND ORDER THEREON

Doc. #132693 v.1

# ORDER

Good cause having been shown, Defendant's time to file its response to the Complaint is extended until September 11, 2006 and the parties' time to file their joint status report is extended September18, 2006.

Dated: August 29, 2006          /s/ Frank C. Damrell Jr.
                                The Hon. Frank C. Damrell, Jr.
                                United States District Court Judge

132569     -3-     STIPULATION REQUESTING EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT AND JOINT STATUS REPORT AND ORDER THEREON

Doc. #132693 v.1